United States Court of Appeals For the Third Circuit

Brian Brown
v.
Brooke Civello, Dr. Bloom, Dr. Knowles

No. 24-2324

District Court Case: 3-22-CV-00105

Motion for Extension of time

I, Brian Brown, I'am writing to respectfully ask for Extension of time (30) days for the following reasons.

I have been recieving all legal mail late due to suffering bad Mental Health Regressions and being sent to several Outside Hospitals, being Housed in Psych Observation cells on Suicide Watch Only Allowed to Have Suicide Smock, Suicide Smock Blanket.

I was transfered to SCI-Mahanoy June 13th, 2024, and June 18th until Now (current present) I have had 3 to 4 Surgical Procedures, 6 to 7 Hospital stays, Multiple Psych. Observation Cell Placements in between on Suicide Watch not allowed to have any property.

My Legal mail Has been still going to SCI-Forest.

On August 20th, or August 21st I electronically signed for a legal letter from United States Court of Appeals for the Third Circuit (the letter to me is dated July 24, 2024, Re: Brian Brown V. Brooke-Civello, et.al, Case #: 24-2324, From Honorble Clerk Ms. Patricia Dodszuweit.) The letter states I have 14 business day to submit Motion for Forma Pauperis. The Jail Has not Provided me with prior 6 month statement of Finances Yet, And I'am waiting on mail from Private Counsel (A contract I have to sign to sign Finalize representation.)

Respectfully Submitted
Brian Brown #HC5150
B—B— #HC5150
301 Morea rd
Frackville, Pa. 17931
SCI-MAHANOY

Date: 9-5-24

(28 U.S.C. § 1746  18 U.S.C § 1621)

Brian Brown HC 5150
Smart Communications / PA doc
Brian Brown HC 5150
SCI-Mahanoy
P.O. Box 33028
St. Petersburg, FL. 33733

RECEIVED SEP -9 2024 U.S.C.A. 3rd. CIR

HARRISBURG PA 173
6 SEP 2024 PM 2 .1



Honorable Clerk
Ms. Patricia S. Dodszuweit
United States Court of Appeals
For the Third Circuit
21400 United States Courthouse
601 Market St.
Phila. PA. 19106-1790

19106-179099

Inmate Mail - PA DEPT. OF CORRECTIONS